# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MACARIA CALMO PEREZ, et al.

Plaintiff(s),

v.

JOHN McNAMEE, et al.

Defendant(s).

CASE NO. CV 06-05031 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE) (ADR L.R. 5)
- **X** Mediation (ADR L.R. 6) All parties tentatively agreed to mediation, subject to further consideration of ENE.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- other requested deadline  120 days from referral to ADR process

Dated: _____

Dated: 10/31/06

Attorney for Plaintiff

Attorney for Defendant
LAWRENCE A. BAKER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Perez, et al.,                                                    /CW

　　　　　　　　　　　　　　　　　　　　CASE NO. C06 5031 ~~EDL~~

　　　　　　　Plaintiff(s),

　　　v.                                         STIPULATION AND ~~[PROPOSED]~~
McNamee, et al.                                  ORDER SELECTING ADR PROCESS

　　　　　　　Defendant(s).
_____/

　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**                              SEE AMENDED STIPULATION
　　Non-binding Arbitration (ADR L.R. 4)          FILED 11/14/06 SELECTING
　　Early Neutral Evaluation (ENE)  (ADR L.R. 5)  MEDIATION
　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　✓　Private ADR *(please identify process and provider)* _____
Private Mediation Only

The parties agree to hold the ADR session by:
　✓　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　　other requested deadline _____

Dated:_____
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
Dated: 11-1-06
　　　　　　　　　　　　　　　　　　　　JAMES MILLS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MACARIA PEREZ, et al.,

CASE NO. C 06 05031 CW

Plaintiff(s),

v.

JOHN McNAMEE, et al.,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

- The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)  The parties have agreed to mediation subject to consideration of Early Neutral Evaluation.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 11/01/2006

Law Offices of John E. Hill
_____
Attorney for Plaintiff
By Daniel E. Stenson

Dated: _____

_____
Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CV-06-05031 CW

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  **Mediation (ADR L.R. 6)**

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline _____

Dated:_____

Dated: 10/31/06

_____
Attorney for Plaintiff

_____
Attorney for Defendant Morbark, Inc.

~~[PROPOSED]~~ **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
X Mediation
Private ADR

Deadline for ADR session
120 ~~90~~ days from the date of this order.
other

IT IS SO ORDERED.

Dated: 11/16/06

_____
DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE