UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MACARIA PEREZ, et al., | ) | |
| Plaintiffs, | ) | No. C06-5031 BZ |
| v. | ) | |
| JOHN MCNAMEE, et al., | ) | **ORDER SCHEDULING STATUS CONFERENCE** |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, February 5, 2007, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: January 9, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

1

1. G:\BZALL\-BZCASES\PEREZ\PEREZ.STATUS.CONF.wpd
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.