JOHN E. HILL ( NO. 45338)
DANIEL A. STENSON (NO. 083939)
LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: 510-588-1000
Facsimile: 510-729-6333

Attorneys for Plaintiffs
MACARIA CALMO PEREZ; and SANTOS M.
CALMO, BONIFACIO E. CALMO,
ELIZABETH M. CALMO and ALISANDRA
V. CALMO, by and through their
Guardian ad Litem, JEFFREY MILES BRYANT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ; and SANTOS M. CALMO, a minor; BONIFACIO E. CALMO, a minor; ELIZABETH M. CALMO, a minor; ALISANDRA V. CALMO, a minor; by and through their Guardian ad Litem, JEFFREY MILES BRYANT<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN McNAMEE; MORBARK, INC, a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI; and DOES 1 through 500,<br><br>Defendants. | NO. C06-5031 BZ<br><br>JOINT SCHEDULE FOR STAGGERED EXPERT DISCOVERY<br><br><br>Before the Honorable Bernard Zimmerman<br>United States Magistrate Judge |

The parties to this action jointly submit this Joint Schedule for Staggered Expert Discovery pursuant to this Court's Order Scheduling Jury Trial dated February 6, 2007. The parties, through their counsel, agree that this Joint Schedule may be executed in counterparts.

1

Joint Schedule for Staggered
Expert Discovery

**Expert Discovery:**

The Federal Rules of Civil Procedure contemplate sequential expert discovery. Accordingly, the parties propose that expert discovery occur in the following sequence:

Plaintiffs shall disclose any expert witness(es) and submit expert witness reports in accordance with Rule 26(a)(2)(B) not later than April 9, 2007. Expert witness disclosures and reports shall be submitted simultaneously.

Defendants shall disclose any expert witness(es) and submit expert witness reports in accordance with Rule 26(a)(2)(B) not later than May 8, 2007. Expert witness disclosures and reports shall be submitted simultaneously.

Depositions of expert witnesses shall not commence until after plaintiffs have disclosed their expert witnesses.

Defendants shall have forty-five (45) days from service of plaintiffs' expert witness disclosures to depose plaintiffs' expert witnesses.

Plaintiff shall have forty-five (45) days from the service of defendant's expert witness disclosures to depose defendant's expert witnesses.

DATED: March 1, 2007         **LAW OFFICES OF JOHN E. HILL**

By: _____
JOHN E. HILL
Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: March 1, 2007 | **LEWIS, BRISBOIS, BISGAARD & SMITH, LLP** |
| 2 | | |
| 3 | | By: _/s/ Duane C. Musfelt_ |
| 4 | | Duane Clark Musfelt |
| 5 | | Attorneys for Defendant Morbark Inc., |
| 6 | Dated: March __, 2007 | **BURESH, KAPLAN, JANG & FELLER, LLP** |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Lawrence A. Baker |
| | | Attorney for Defendants |
| 10 | | Nancy Puzziferri & Edwin Dissosway |
| 11 | Dated: March __, 2007 | **LAW OFFICES OF JAMES MILLS** |
| 12 | | |
| 13 | | By: _____ |
| 14 | | James Mills |
| | | Attorney for Defendant |
| 15 | | John McNamee |

3

Joint Schedule for Staggered Expert Discovery

1 | DATED: March 1, 2007     LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: _____
    Duane Clark Musfelt
    Attorneys for Defendant Morbark Inc.,

6 | Dated: March 1, 2007     BURESH, KAPLAN, JANG & FELLER, LLP

By: *[signature]* _____
    Lawrence A. Baker
    Attorney for Defendants
    Nancy Puzziferri & Edwin Dissosway

11 | Dated: March __, 2007     LAW OFFICES OF JAMES MILLS

By: _____
    James Mills
    Attorney for Defendant
    John McNamee

| | | |
|---|---|---|
| 1 | DATED: March 1, 2007 | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Duane Clark Musfelt |
| | | Attorneys for Defendant Morbark Inc., |
| 5 | | |
| 6 | Dated: March __, 2007 | BURESH, KAPLAN, JANG & FELLER, LLP |
| 7 | | |
| 8 | | By: _____ |
| | | Lawrence A. Baker |
| 9 | | Attorney for Defendants |
| | | Nancy Puzziferri & Edwin Dissosway |
| 10 | | |
| 11 | Dated: March 1, 2007 | LAW OFFICES OF JAMES MILLS |
| 12 | | |
| 13 | | By: [signature] |
| | | James Mills |
| 14 | | Attorney for Defendant |
| | | John McNamee |

**IT IS SO ORDERED**
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

Dated: 3/2/2007