1   DUANE C. MUSFELT, SBN 72058
    MARISA M. YEE, SBN 226729
2   LEWIS BRISBOIS BISGAARD & SMITH LLP
    One Sansome Street, Suite 1400
3   San Francisco, California  94104
    Telephone:    (415) 362-2580
4   Facsimile:    (415) 434-0882

5   Kevin G. Dougherty, Appearing Pro Hac Vice
    WARNER NORCROSS & JUDD LLP
6   111 Lyon Street NW, Suite 900
    Grand Rapids, MI  49503
7   Telephone:    (616) 752-2175
    Facsimile:    (616) 222-2175

8
    Attorneys for Defendant
9   MORBARK, INC.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
    MACARIA CALMO PEREZ, et al.,        )  CASE NO. C06-5031 BZ
14                                      )
              Plaintiffs,               )  Magistrate Judge Bernard Zimmerman
15                                      )
         v.                             )  **DEFENDANT MORBARK, INC.'S**
16                                      )  **REQUEST TO APPEAR**
    JOHN McNAMEE, et al.,               )  **TELEPHONICALLY AT FURTHER**
17                                      )  **STATUS CONFERENCE**
                                        )
18            Defendants.               )
                                        )  Status Conference:   April 9, 2007
19  ─────────────────────────────────  )  Time:                4:00 p.m.
                                        )
    AND RELATED ACTIONS                 )
20  ─────────────────────────────────  )

21       TO THE HONORABLE COURT:

22            Defendant MORBARK, INC. hereby requests that its lead trial counsel, Kevin G. Dougherty

23  of WARNER NORCROSS & JUDD LLP, be permitted to attend the Further Status Conference

24  telephonically, which is scheduled for April 9, 2007 at 4:00 p.m.  The Court informally indicated at

25  the conclusion of the last Status Conference held on February 5, 2007 that Mr. Dougherty would not

26  be required to appear in person at the next Status Conference on April 9, but this written request is

27  submitted to confirm that authorization.

28            Mr. Dougherty's office is located in Grand Rapids, Michigan, and will incur significant

4850-3406-6689.1
─────────────────────────────────────────────────────────

1   expense in traveling to California to personally attend the Further Status Conference. However,

2   MORBARK, INC. also has local counsel, who will personally appear at the Further Status

3   Conference.

4

5   Dated: April 5, 2007       LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7                    By:                          

8                             Duane C. Musfelt
                            Marisa M. Yee

9                             Attorneys for Defendant
                            MORBARK, INC.

10

11

12                                      **ORDER**

13       Good cause being shown, IT IS HEREBY ORDERED, that Kevin G. Dougherty of WARNER

14   NORCROSS & JUDD LLP, lead trial counsel for defendant MORBARK, INC., be permitted to appear

15   by telephone at the Further Status Conference, scheduled for April 9, 2007 at 4:00 p.m.

16   Counsel shall call the court at 4:00 p.m. at 415-522-4093.

17

18   Dated:   April 6, 2007                              

19                Judge of the U.S. District Court



20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE
*Perez, et al. v. McNamee, et al.*

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

4      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

5

6      On April 5, 2007, I served the following document described as:

7

## DEFENDANT MORBARK, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER STATUS CONFERENCE

8      on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

9

10

| ATTORNEYS FOR PLAINTIFF: | Telephone/Fax/Email: |
|---|---|
| John E. Hill, Esq.<br>Law Offices of John E. Hill<br>8105 Edgewater Drive, Suite 100<br>Oakland, CA 94621 | Tel:  (510) 588-1000<br>Fax:  (510) 588-1087<br>Email: |
| ATTORNEYS FOR DEFENDANT JOHN MCNAMEE: | Telephone/Fax/Email: |
| James Mills<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612 | Tel:  (510) 521-8748<br>Cell:  (510) 205-0744<br>Fax:  (510) 521-9775 |
| ATTORNEY FOR DEFENDANTS EDWIN DISSOSWAY & NANCY PUZZIFERRI | Telephone/Fax/Email: |
| Lawrence Baker<br>Buresh Kaplan Jang & Feller<br>2298 Durant Avenue<br>Berkeley, CA 94704 | Tel:  (510) 548-7474<br>Fax:  (510) 548-7488<br>Email: |

11

12

13

14

15

16

17

18

19

20

21      []      BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

22

23      [X]      (BY MAIL, 1013a, 2015.5 C.C.P.)

24

25      [X]      I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4816-1253-7857.1

PROOF OF SERVICE

1    [ ]    (BY OVERNIGHT DELIVERY/COURIER)

2

3        [ ]    I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

4    [ ]    (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

5

6

7    [X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

8    Executed on April 5, 2007, at San Francisco, California.

9

10

11                 Elaine A. Lostica

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4816-1253-7857.1