1 DUANE C. MUSFELT, SBN 72058
MARISA M. YEE, SBN 226729
2 LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
3 San Francisco, California 94104
Telephone: (415) 362-2580
4 Facsimile: (415) 434-0882

5 Kevin G. Dougherty, Appearing Pro Hac Vice
WARNER NORCROSS & JUDD LLP
6 111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
7 Telephone: (616) 752-2175
Facsimile: (616) 222-2175
8
Attorneys for Defendant
9 MORBARK, INC.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ, et al., | CASE NO. C06-5031 BZ |
| Plaintiffs, | Magistrate Judge Bernard Zimmerman |
| v. | **DEFENDANT MORBARK, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE** |
| JOHN McNAMEE, et al., | |
| Defendants. | |
| | Status Conference: July 6, 2007 |
| AND RELATED ACTIONS | Time: 9:00 a.m. |

TO THE HONORABLE COURT:

Defendant MORBARK, INC. hereby requests that its lead trial counsel, Kevin G. Dougherty of WARNER NORCROSS & JUDD LLP, as well as Larry Noch, the representative from MORBARK, INC., be permitted to attend the Settlement Conference telephonically, which is scheduled for July 6, 2007 at 9:00 a.m. MORBARK, INC. also requests that the representative from its insurance carrier, Lexington Insurance Company, be permitted to attend the Settlement Conference telephonically.

Mr. Dougherty works and lives outside of the Northern District of California. Mr.

1  Dougherty's office is located in Grand Rapids, Michigan, and will incur significant expense in
2  traveling to California to personally attend the Settlement Conference.
3  MORBARK, INC. is located in Winn, Michigan, and Larry Noch, the representative from
4  MORBARK, INC., lives in Michigan. MORBARK, INC. will also incur significant expenses to
5  personally attend the Settlement Conference.
6  Lexington Insurance Company is located in Boston, Massachusetts, and the claims
7  representative from Lexington Insurance Company lives in Massachusetts. Lexington Insurance
8  Company will also incur significant expenses to personally attend the Settlement Conference.
9  MORBARK, INC. has local counsel, who will personally appear at the Settlement
10 Conference. Telephonic appearance by Mr. Dougherty, Mr. Noch, and Lexington Insurance
11 Company is not needed in order to have an effective settlement conference.

Dated: May 9, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    Duane C. Musfelt
    Marisa M. Yee
    Attorneys for Defendant
    MORBARK, INC.

### ORDER

~~Good cause being shown,~~ IT IS HEREBY ORDERED, that Kevin G. Dougherty of WARNER NORCROSS & JUDD LLP, lead trial counsel for defendant MORBARK, INC., Larry Noch, the representative of MORBARK, INC., and the claims representative from Lexington Insurance Company are permitted to appear by telephone at the Settlement Conference, scheduled for July 6, 2007 at 9:00 a.m. **DENIED FOR INSUFFICIENT BASIS**

Dated: May 11, 2007         _____
                            Judge of the [DENIED - Elizabeth D. Laporte]
                            Judge Elizabeth D. Laporte

4831-8824-9857.1                    -2-
REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE