JOHN E. HILL ( NO. 45338)
DANIEL A. STENSON (NO. 083939)
LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: 510-588-1000
Facsimile: 510-729-6333

Attorneys for Plaintiffs
MACARIA CALMO PEREZ; and SANTOS M.
CALMO, BONIFACIO E. CALMO,
ELIZABETH M. CALMO and ALISANDRA
V. CALMO, by and through their
Guardian ad Litem, JEFFREY MILES BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ; and SANTOS M. CALMO, a minor; BONIFACIO E. CALMO, a minor; ELIZABETH M. CALMO, a minor; ALISANDRA V. CALMO, a minor; by and through their Guardian ad Litem, JEFFREY MILES BRYANT<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN McNAMEE; MORBARK, INC, a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI; and DOES 1 through 500,<br><br>Defendants. | NO. C06-5031 BZ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO COMPLETE DEPOSITIONS OF DEFENSE EXPERTS<br><br><br>Before the Honorable Bernard Zimmerman<br>United States Magistrate Judge |

Defendant Morbark, Inc., disclosed its expert witnesses in this action on May 8, 2007. By this Court's Order of April 9, 2007, discovery regarding defendant's expert witnesses is to be completed within 45 days of the expert disclosure, or by June 22, 2007.

---

Defendant Morbark, Inc., has disclosed two expert witnesses in this matter, Dennis Brickman and Milan Robison. Mr. Brickman resides in Aurora, Illinois. Mr. Robison resides in Winn, Michigan.

The parties have met and conferred regarding the scheduling of the depositions of defendant Morbark, Inc.'s two expert witnesses and have agreed to schedule the depositions of Mr. Robison and Mr. Brickman in Mt. Pleasant, Michigan. As a result of scheduling issues the parties wish to schedule the depositions of Mr. Robison and Mr. Brickman on July 12, 2007.

All parties are in agreement that the depositions of Mr. Robison and Mr. Brickman can go forward on July 12, 2007, in Mt. Pleasant, Michigan, and all parties are in agreement that the time for completion of expert discovery regarding the taking of the depositions of Mr. Robison and Mr. Brickman may be extended from June 22, 2007, through July12, 2007, to allow the depositions to go froward at that time.

This request is being made to accommodate plaintiffs' attorney's previously scheduled travel plans.

Therefore, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THAT:

1. The time for plaintiffs to complete the depositions of defendant Morbark, Inc.'s expert witnesses, Mr. Robison and Mr. Brickman , may be extended from June 22, 2007, to July 12, 2007, to enable the depositions of Mr. Robison and Mr. Brickman to be taken on July 12, 2007, in Mt. Pleasant, Michigan.

2. This Stipulation may be executed in counterparts, becoming effective upon the execution of the Stipulation by the last signing party to this Stipulation.

It is so stipulated.

DATED: May 25, 2007

LAW OFFICES OF JOHN E. HILL
A Professional Corporation

By: _____
JOHN E. HILL
Attorney for Plaintiffs

It is so stipulated.

Dated: May 29, 2007

WARNER NORCROSS & JUDD, LLP

By: _____
Kevin Dougherty
Attorney for Defendant
Morbark, Inc.

It is so stipulated.

Dated: May ___, 2007

BURESH, KAPLAN, JANG & FELLER, LLP

By: _____
Lawrence A. Baker
Attorney for Defendants
Nancy Puzziferri & Edwin Dissosway

It is so stipulated.

Dated: May ___, 2007

LAW OFFICES OF JAMES MILLS

By: _____
James Mills
Attorney for Defendant
John McNamee

3     Stipulation and Proposed Order Extending Time to Complete Expert Discovery

It is so stipulated.

DATED: May 25, 2007     **LAW OFFICES OF JOHN E. HILL**
A Professional Corporation

By: _____
    JOHN E. HILL
    Attorney for Plaintiffs

It is so stipulated.

Dated: May ___, 2007     **WARNER NORCROSS & JUDD, LLP**

By: _____
    Kevin Dougherty
    Attorney for Defendant
    Morbark, Inc.

It is so stipulated.

Dated: May ___, 2007     **BURESH, KAPLAN, JANG & FELLER, LLP**

By: _____
    Lawrence A. Baker
    Attorney for Defendants
    Nancy Puzziferri & Edwin Dissosway

It is so stipulated.

Dated: May 29, 2007     **LAW OFFICES OF JAMES MILLS**

By: _____
    James Mills
    Attorney for Defendant
    John McNamee

```
 1    It is so stipulated.
 2
 3    DATED: May 25, 2007              LAW OFFICES OF JOHN E. HILL
                                       A Professional Corporation
 4
 5                                     By: _____
 6                                         JOHN E. HILL
                                           Attorney for Plaintiffs
 7
 8    It is so stipulated.
 9    Dated: May ___, 2007             WARNER NORCROSS & JUDD, LLP
10
11                                     By: _____
12                                         Kevin Dougherty
                                           Attorney for Defendant
13                                         Morbark, Inc
14
      It is so stipulated.
15
16    Dated: May 29, 2007              BURESH, KAPLAN, JANG & FELLER, LLP
17
                                       By: _____
18                                         Lawrence A. Baker
                                           Attorney for Defendants
19                                         Nancy Puzziferri & Edwin Dissosway
20
21
      It is so stipulated.
22
      Dated: May ___, 2007             LAW OFFICES OF JAMES MILLS
23
24
                                       By: _____
25                                         James Mills
                                           Attorney for Defendant
26                                         John McNamee
27
28
```

3                                    Stipulation and Proposed Order Extending
                                     Time to Complete Expert Discovery

## ORDER EXTENDING TIME TO COMPLETE DEPOSITIONS OF DEFENDANT MORBARK, INC."S EXPERT WITNESSES

The Court having considered the Stipulation to Extend Time to Complete Depositions of Defendant Morbark, Inc.'s expert witnesses, AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED THAT the time for plaintiffs to complete the depositions of defendant Morbark, Inc.'s expert witnesses, Mr. Robison and Mr. Brickman may be extended from June 22, 2007, to July 12, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED
ALL OTHER DATES REMAIN IN EFFECT.

DATED:__MAY 30, 2007_____

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-05030-BZ  Document 180  Filed 05/30/2007  Page 6 of 6