UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACARIA PEREZ, et al., )
 )
      Plaintiffs, )   No. C06-5031 BZ
 )
  v. )   **BRIEFING ORDER**
 )
JOHN MCNAMEE, et al., )
 )
      Defendants. )

Having received defendants' motion to exclude the testimony of plaintiffs' expert Paul Youngdahl and the "adjunct" opinions of plaintiffs' expert Glen Stevick, **IT IS ORDERED** as follows:

1. Plaintiffs' opposition, if any, shall be filed by **Friday, June 15, 2007**;

2. Defendants' reply, if any, shall be filed by **Friday, June 22, 2007**;

3. The hearing remains scheduled for **Wednesday, July 11, 2007.**

Dated: May 31, 2007

                                 /s/ Bernard Zimmerman
                              Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\PEREZ\BRIEFING.ORDER.wpd

1