**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEREZ ET AL, | No. C-06-05031 BZ (EDL) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| MCNAMEE ET AL, | |
| Defendant. | |

On May 24, 2007, Plaintiff's counsel filed a request for Plaintiff Macaria Calmo Perez to appear telephonically at the settlement conference set for July 6, 2007 at 9:30 a.m.  On May 25, 2007, counsel for Defendant Morbark, Inc. filed a request for Larry Noch, Morbark's Vice President of Finance, to also appear telephonically at the settlement conference.  Good cause appearing, IT IS HEREBY ORDERED that both Requests are GRANTED subject to the following caution.  The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak briefly and shall pause at regular intervals to allow the court to comment on the information presented.  If the Court concludes that the telephonic appearance is interfering with the conference, the Court may continue the telephonic conference and may order personal appearances.

The parties shall provide telephone numbers to the Court on or before July 5, 2007, and shall stand by beginning at 9:30 a.m. on July 6, 2007 until called by the Court.

**IT IS SO ORDERED.**

Dated: June 25, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge