1  JOHN E. HILL (Bar No. 45338)
   DANIEL A. STENSON (Bar No. 83939)
2  LAW OFFICES OF JOHN E. HILL
   A Professional Corporation
3  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
4  Telephone: (510) 588-1000
   Fax: (510) 588-1087
5
   Attorney for MACARIA PEREZ, et al., PLAINTIFFS
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ, SANTOS M. CALMO, a minor, BONIFACIO E. CALMO, a minor, ELIZABETH M. CALMO, a minor, ALISANDRA V. CALMO, a minor, by and through their Guardian ad Litem JEFFREY MILES BRYANT,<br>　　　　　Plaintiffs,<br>vs.<br>JOHN McNAMEE, MORBARK INC., a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI and DOES 1 through 500,<br>　　　　　Defendants. | Case No. C06 5031 BZ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON DEFENDANT MORBARK, INC.'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT PAUL YOUNGDAHL AND "ADJUNCT" OPINIONS OF PLAINTIFFS' EXPERT GLEN STEVICK<br><br>DATE: July 11, 2007<br>TIME: 10:00 a.m.<br><br>BEFORE: Magistrate Judge<br>　　　　　　Bernard Zimmerman |

It is hereby stipulated by the parties that the hearing on defendant Morbark, Inc.'s Motion to Exclude Plaintiffs' Expert Paul Youngdahl and "Adjunct" Opinions of Plaintiffs' Expert Glen Stevick, now scheduled to be heard on July 11, 2007, may be continued to August 1, 2007, to coincide with the hearing on Plaintiffs' Motion to Continue Trial.

//

1  This continuance is necessitated by the fact that plaintiffs' lead counsel, John Hill, will be traveling to Michigan to take the depositions of defendant Morbark, Inc.'s two expert witnesses at the time the hearing on this motion is presently scheduled and because it is not possible for Mr. Hill to attend the hearing on this motion as scheduled and then travel to Michigan to participate in the depositions of defendant Morbark, Inc.'s expert witnesses which have been scheduled by agreement of all parties in compliance with a prior Order of this Court requiring their completion by July 12, 2007.

Therefore, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THAT:

1. The time for the hearing on defendant Morbark, Inc.'s Motion to Exclude Plaintiffs' Expert Paul Youngdahl and "Adjunct" Opinions of Plaintiffs' Expert Glen Stevick, now scheduled for hearing on July 11, 2007, may be continued to August 1, 2007.

2. This Stipulation may be executed in counterparts, becoming effective upon the execution of the Stipulation by the last signing party to this Stipulation.

I AGREE TO THE FOREGOING STIPULATION

DATED: July 9, 2007

LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION

By: _____
JOHN E. HILL
Attorneys for Plaintiffs
MACARIA CALMO PEREZ,
SANTOS M. CALMO,
PORNIFACIOS E. CALMO
ELIZABETH M. CALMO and
ALISANDRA V. CALMO

I AGREE TO THE FOREGOING STIPULATION

DATED: 7-9-07       WARNER, NORCROSS & JUDD, LLP
                    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: _____
    KEVIN G. DOUGHERTY
    Attorneys for Defendant
    Morbark, Inc.,


I AGREE TO THE FOREGOING STIPULATION

DATED:

By: _____
    JAMES MILLS
    Attorney for Defendant
    JOHN McNAMEE


I AGREE TO THE FOREGOING STIPULATION

BURESH, KAPLAN, JANG & FELLER

DATED:       By: _____
                 LAWRENCE A BAKER
                 Attorneys for Defendants
                 Nancy Puzziferri and
                 Edwin Dissosway

//
//
//
//
//
//

---

3
STIPULATION AND PROPOSED ORDER TO CONTINUE
DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS'
EXPERT PAUL YOUNGDAHL AND "ADJUNCT" OPINIONS
OF PLAINTIFFS' EXPERT GLEN STEVICK

I AGREE TO THE FOREGOING STIPULATION

DATED:                              WARNER, NORCROSS & JUDD, LLP
                                    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP



                                    By: _____
                                        KEVIN G. DOUGHERTY
                                        Attorneys for Defendant
                                        Morbark, Inc.,


I AGREE TO THE FOREGOING STIPULATION

DATED: 7-9-07

                                    By: _____
                                        JAMES MILLS
                                        Attorney for Defendant
                                        JOHN McNAMEE


I AGREE TO THE FOREGOING STIPULATION

                                    BURESH, KAPLAN, JANG & FELLER

DATED:                              By: _____
                                        LAWRENCE A BAKER
                                        Attorneys for Defendants
                                        Nancy Puzziferri and
                                        Edwin Dissosway

//
//
//
//
//
//

---

3
STIPULATION AND PROPOSED ORDER TO CONTINUE
DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS'
EXPERT PAUL YOUNGDAHL AND "ADJUNCT" OPINIONS
OF PLAINTIFFS' EXPERT GLEN STEVICK

I AGREE TO THE FOREGOING STIPULATION

DATED: _____

WARNER, NORCROSS & JUDD, LLP
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: _____
KEVIN G. DOUGHERTY
Attorneys for Defendant
Morbark, Inc.,

I AGREE TO THE FOREGOING STIPULATION

DATED: _____

By: _____
JAMES MILLS
Attorney for Defendant
JOHN McNAMEE

I AGREE TO THE FOREGOING STIPULATION

BURESH, KAPLAN, JANG & FELLER

DATED: 7/9/07

By: _____ *[signature]*
LAWRENCE A BAKER
Attorneys for Defendants
Nancy Puzziferri and
Edwin Dissosway

//
//
//
//
//
//

3
STIPULATION AND PROPOSED ORDER TO CONTINUE
DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS'
EXPERT PAUL YOUNGDAHL AND "ADJUNCT" OPINIONS
OF PLAINTIFFS' EXPERT GLEN STEVICK

//

## ORDER CONTINUING HEARING ON DEFENDANT MORBARK, INC.'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT PAUL YOUNGDAHL AND "ADJUNCT" OPINIONS OF PLAINTIFFS' EXPERT GLEN STEVICK

The Court having considered the Stipulation to Continue Hearing on Defendant Morbark, Inc.'s Motion to Exclude Plaintiffs' Expert Paul Youngdahl and "Adjunct" Opinions of Plaintiffs' Expert Glen Stevick, AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED THAT the hearing on defendant Morbark, Inc.'s Motion to Exclude Plaintiffs' Expert Paul Youngdahl and "Adjunct" Opinions of Plaintiffs' Expert Glen Stevick, originally scheduled to be heard on July 11, 2007, is continued to August 1, 2007, at 10:00 a.m.

DATED: ___ July 9, 2007 _____

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
Judge Bernard Zimmerman

---

4
STIPULATION AND PROPOSED ORDER TO CONTINUE DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT PAUL YOUNGDAHL AND "ADJUNCT" OPINIONS OF PLAINTIFFS' EXPERT GLEN STEVICK