UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MACARIA PEREZ, et al., | ) | |
| Plaintiffs, | ) | No. C06-5031 BZ |
| v. | ) | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO CONTINUE THE TRIAL RELATED TRIAL DATES** |
| JOHN MCNAMEE, et al., | ) | |
| Defendants. | ) | |

Plaintiffs' motion to continue the trial date and reset trial related deadlines was heard on August 1, 2007.[1] **IT IS ORDERED** as follows:

1. In light of the difficulties in securing travel documents for plaintiff Macaria Perez, and hearing no opposition, the request to continue the trial date is **GRANTED.** This Court's Order Scheduling Jury Trial, dated February 6, 2007, is modified as follows:

///

---

[1]. All parties have consented to my jurisdiction, including entry of final judgment, pursuant to 28 U.S.C. § 636(c) for all proceedings.

1

1.  Trial Date: **Monday, 1/07/2008, 10 days, at 8:30 a.m.**

Pretrial Conference: **Tuesday, 12/18/2007, at 3:00 p.m.**

2.  Plaintiffs' motion to reset the trial-related deadlines is **DENIED** because plaintiffs have failed to demonstrate good cause to modify the discovery deadlines and other pre-trial dates.  See Fed. R. Civ. P. 16(b).  To the extent that plaintiffs' motion relies on the need to supplement or complete their expert discovery, the issue is dealt with in a separate Order on defendant Morbark, Inc.'s motion to exclude expert testimony.  The Court's February 6 Order Scheduling Jury Trial, as supplemented by the March 2, 2007 stipulation staggering expert discovery, otherwise remains in full force and effect.[2]

Dated: August 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PEREZ\Order Continue Trial Date.wpd

---

[2]  The parties agreed at hearing that the date for filing Daubert motions should be continued into December.  By the terms of my Order Scheduling Jury Trial, the resetting of the pre-trial conference necessarily resets the dates for filing Daubert motions and all other papers and documents tied to the date of the pretrial conference.