UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES, <br><br> Plaintiff(s), <br><br> v. <br><br> ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, <br><br> Defendant(s). | No. C05-3117 MJJ (BZ) <br><br> Related Cases: 04-2123 MJJ <br> 04-3327 MJJ <br> 04-3732 MJJ <br><br> **ORDER** |

Bayer is **ORDERED** to file a copy of the entire Amended Response to Interrogatory No. 13 prior to the telephonic conference scheduled for Monday, November 26, 2007.

Dated: November 21, 2007

                                     /s/ Bernard Zimmerman
                                     Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\BAYER.ROCHE.ORDER.11.21.07 re TEL CONF.wpd

1