UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MACARIA PEREZ, et al., | ) | |
| Plaintiffs, | ) | No. C06-5031 BZ |
| v. | ) | |
| JOHN MCNAMEE, et al., | ) | **SCHEDULING ORDER RE JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT PRETRIAL AND TRIAL MATERIALS** |
| Defendants. | ) | |

The parties' Joint Request for an Extension of Time to Submit Pretrial and Trial Materials is **GRANTED** in part and **DENIED** in part as follows:

1. The parties shall submit Motions in Limine, Daubert Motions, Voir Dire questions and Jury Instructions by **November 28, 2007.**

2. The parties shall submit a Joint Pretrial Statement, Trial Briefs, Exhibits and any other documents required by the court's Scheduling Order by **Monday, December 3, 2007.**

Dated: November 21, 2007

　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\PEREZ\SCHEDULING ORDER.RE JOINT REQUEST.wpd

1