1  JOHN E. HILL (Bar No. 45338)
   DANIEL A. STENSON (Bar No. 83939)
2  LAW OFFICES OF JOHN E. HILL
   A Professional Corporation
3  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
4  Telephone: (510) 588-1000
   Fax: (510) 588-1087
5
   Attorney for MACARIA PEREZ, et al., PLAINTIFFS
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  MACARIA CALMO PEREZ, SANTOS M.       )  Case No. C06 5031 BZ
    CALMO, a minor, BONIFACIO E.         )
12  CALMO, a minor, ELIZABETH M.         )
    CALMO, a minor, ALISANDRA V.         )  ORDER TO APPEAR FOR TRIAL
13  CALMO, a minor, by and through their )
                                         )  Date: JANUARY 7, 2008
14  Guardian ad Litem JEFFREY MILES      )  Time: 9:00 a.m.
    BRYANT,                              )
15            Plaintiffs,                )
                                         )
16  vs.                                  )
                                         )
17  JOHN McNAMEE, MORBARK INC., a        )
    corporation; EDWIN DISSOSWAY;        )
18  NANCY PUZZIFERRI and DOES 1          )
    through 500,                         )
19            Defendants.                )

20
21       TO PLAINTIFFS MACARIA CALM PEREZ and SANTOS M. CALMO:

22       YOU ARE HEREBY ORDERED to appear for trial, in this case which is set to

23  commence on January 7, 2008 in Courtroom G 15th Floor 450 Golden Gate Avenue

24  San Francisco, California 94102 commencing at 8:30 am.

25  Dated: 10 Dec 07

26                                          HON. MAGISTRATE JUDGE
                                            BERNARD ZIMMERMAN
27

28
                                        1
                                                        ORDER TO APPEAR FOR TRIAL