UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MACARIA PEREZ, et al., | ) | |
| Plaintiffs, | ) ) | No. C06-5031 BZ |
| v. | ) ) | **ORDER DENYING IN PART MORBARK'S DAUBERT MOTION *IN LIMINE*** |
| JOHN MCNAMEE, et al., | ) ) | |
| Defendants. | ) ) | |

Defendant Morbark's Daubert motion to exclude the testimony of plaintiffs' experts Glen Stevick and Lisa Thomas was **DENIED IN PART** in the Final Pretrial Order. The only remaining issues are: 1) whether Stevick is qualified to provide testimony regarding the need or sufficiency of warnings; and 2) whether I should bar Stevick from testifying regarding his opinions on the placement of the emergency shutdown since such an opinion was not included in his Rule 26 report.

Having read plaintiffs supplemental opposition providing excerpts from Stevick's deposition setting forth his qualifications to provide testimony on warnings, Morbark's

1

motion to exclude Stevick's testimony regarding warnings is **DENIED**.

Morbark's motion to exclude Stevick's opinions regarding the placement of the emergency shutdown that were not disclosed in his Rule 26(a)(2)(B) written report is **GRANTED**. Plaintiffs have not provided evidence that Stevick's failure to include the opinions in his report was "substantially justified" or "harmless". F.R.C.P. Rule 37(c)(1)(C). Accordingly, Stevick is precluded from presenting his opinions regarding the placement of the emergency shutdown. Id. at 37(b)(2)(A)(ii).

A Daubert hearing is no longer necessary.

Dated: December 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PEREZ\Pretrial\Order Granting in Part Daubert MiL.wpd

2