JOHN E. HILL (Bar No. 45338)
DANIEL A. STENSON (Bar No. 83939)
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Fax: (510) 588-1087

Attorney for MACARIA PEREZ, et al., PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIA CALMO PEREZ, SANTOS M. CALMO, a minor, BONIFACIO E. CALMO, a minor, ELIZABETH M. CALMO, a minor, ALISANDRA V. CALMO, a minor, by and through their Guardian ad Litem JEFFREY MILES BRYANT,<br>　　　　　　Plaintiffs,<br>vs.<br>JOHN McNAMEE, MORBARK INC., a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI and DOES 1 through 500,<br>　　　　　　Defendants. | Case No. C06 5031 BZ<br><br>REVISED (~~PROPOSED~~) ORDER APPROVING COMPROMISE OF MINORS' CLAIM AS TO DEFENDANTS EDWIN DISSOSWAY AND NANCY PUZZIFERRI AND AS TO DEFENDANT JOHN McNAMEE |

　　　The Court having reviewed the Petition to Compromise Minors' Claim filed by the Guardian ad Litem, Jeffrey Miles Bryant, AND GOOD CAUSE APPEARING:

　　　THE COURT ORDERS:

　　　1.　　That the Petition is granted and the proposed compromise of the claims of the minor plaintiffs, Santos M. Calmo, Bonifacio E. Calmo, Elizabeth M. Calmo and Alisandra

---

1

REVISED (PROPOSED) ORDER APPROVING
COMPROMISE OF MINORS' CLAIMS

V. Calmo , against defendants Edwin Dissosway and Nancy Puzziferri is approved and the proposed compromise of the claims of the minor plaintiffs, Santos M. Calmo, Bonifacio E. Calmo, Elizabeth M. Calmo and Alisandra V. Calmo , against defendant John McNamee is approved.

2. That the allocation of the $300,000.00 to be recovered from defendants Dissosway and Puzziferri be made in accordance with the provisions of the California Probate Code regarding intestate succession. In accordance with that allocation, $100,000.00, one third of the amount recovered, is due and payable to Macaria Perez. The remaining $200,000.00, two thirds of the amount recovered, is due and payable in equal parts to the four minor plaintiffs, Santos M. Calmo, Bonifacio E. Calmo, Elizabeth M. Calmo and Alisandra V. Calmo, resulting in each minor plaintiff receiving $50,000.00 before any recovery of attorneys fees or case costs.

3. That defendants Dissosway and Puzziferri are directed to make payment in furtherance of this Order by check in the amount of $300,000.00 made payable to "Law Offices of John E. Hill California State Bar Client Trust Account." After endorsement that check is to be deposited in the Law Offices of John E. Hill California State Bar Client Trust Account for collection and the settlement funds shall be distributed after deposit only as provided by this Order and by such further Orders as the Court may make in connection with this matter.

4. That the Law Offices of John Hill is to recover a proportionate share of case costs advanced from each plaintiff. Under this allocation the Law Offices of John Hill is to recover case costs in the amount of $15,894.74 from plaintiff Macaria Perez. Under this allocation the Law Offices of John Hill is to recover case costs in the amount of $7,947.37 from each minor plaintiff, for a total recovery of case costs advanced in the amount of $31,789.48 from the minor plaintiffs. The Law Offices of John Hill is to recover case costs totaling $47,684.22 from the

$300,000.00 to be paid by defendants Puzziferri and Dissosway after deposit of those funds in the Law Offices of John E. Hill California State Bar Client Trust Account.

5. That the Law Offices of John Hill is to receive an award of attorneys fees in the amount of $10,513.15 for representation of the interests of each minor plaintiff, representing 25% of the amount recovered by each minor plaintiff from the settlement with defendants Dissosway and Puzziferri after reduction for the payment of case costs allocated to each of the minors' claims. The total amount of attorneys fees payable to the Law Offices of John Hill in connection with representation of the interests of the minor plaintiffs is $42,052.60. The total amount of attorneys fees payable to the Law Offices of John Hill in connection with representation of the interests of Macaria Perez is $33,333.33. The Law Offices of John Hill is authorized to collect attorneys fees totaling $75,385.93 from the $300,000.00 to be paid by defendants Puzziferri and Dissosway after deposit of those funds in the Law Offices of John E. Hill California State Bar Client Trust Account.

6. That the balance due to each minor plaintiff after payment of fees and costs, $31,539.48, shall be held in the Law Offices of John E. Hill California State Bar Client Trust Account pending further order of this Court after plaintiffs' remaining claim against defendant MORBARK has been resolved by settlement or trial. The Guardian ad Litem and plaintiffs' counsel are directed to submit a proposed plan for investment and/or distribution of these funds to the Court once the plaintiffs' claim against defendant MORBARK has been resolved by either settlement or trial.

//
//
//
//

1    7.    That the balance due to Macaria Perez after payment of fees and costs,
2    $50,771.93, shall be distributed to Macaria Perez from the $300,000.00 to be paid by defendants
3    Puzziferri and Dissosway after deposit of those funds in the Law Offices of John E. Hill
4    California State Bar Client Trust Account.

6    8.    That plaintiff MACARIA PEREZ is ordered to provide a declaration to the Court
7    within thirty days stating how the funds paid to date by defendant McNAMEE have been used.

9    9.    That plaintiff MACARIA PEREZ is directed to utilize the future payments to be
10   made by defendant McNAMEE for the benefit of the minor plaintiffs, including their educational
11   needs.  Use of the funds to be received from defendant McNAMEE for the benefit of the minor
12   plaintiffs is a condition of this Court's approval of this minors' compromise.

14   10.   That the Guardian ad Litem is authorized to complete all paperwork necessary to
15   effect the compromise of the minors' claims against defendants Dissosway and Puzziferri and
16   against defendant McNamee, including execution of a full and final release of all claims on
17   behalf of each minor plaintiff as to each such defendant.

19   IT IS SO ORDERED.

21   DATED:__December 27, 2007_

                                    _____
                                    HON. BERNARD ZIMMERMAN
                                    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

4