1 LAWRENCE A. BAKER, ESQ. (#83197)
BURESH, KAPLAN, JANG & FELLER
2 2298 Durant Avenue
Berkeley, California 94704
3 Telephone: (510) 548-7474
Facsimile: (510) 548-7488
4
Attorneys for Defendants and Cross-
5 Claimants EDWIN DISSOSWAY and
NANCY PUZZIFERRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ, et al., | Case No. C06-5031 BZ |
| Plaintiffs, | **[PROPOSED] ORDER CONFIRMING THAT THE SETTLEMENT BETWEEN DEFENDANTS AND CROSS-CLAIMANTS EDWIN DISSOSWAY AND NANCY PUZZIFERRI AND PLAINTIFFS WAS MADE IN GOOD FAITH PURSUANT TO CALIFORNIA CCP §877.6** |
| v. | |
| JOHN McNAMEE, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIM. | REMOVAL FILED: 8/21/06<br>TRIAL DATE: 1/7/08 |

Having reviewed defendants and cross-claimants Edwin Dissosway and Nancy Puzziferri's application for a determination of a good faith settlement pursuant to California CCP §877.6, and no opposition having been received thereto, this Court determines that the settlement between defendants and cross-defendants Edwin Dissosway and Nancy Puzziferri and plaintiffs (subject to the Court's approval of a minor's compromise) was made in good faith pursuant to California CCP §877.6.

IT IS THUS ORDERED that any other joint tortfeasor, including but not limited to defendant and cross-defendant Morbark, Inc. and defendant and cross-defendant John McNamee, are barred from any claims against defendants and cross-complainants Edwin Dissosway and

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

1

[PROPOSED] ORDER CONFIRMING GOOD FAITH SETTLEMENT        Case No. C06-5031 BZ

Nancy Puzziferri for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault.

Dated & Signed: Dec. 27, 2007

THE HONORABLE BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE FEDERAL COURT



[PROPOSED] ORDER CONFIRMING GOOD FAITH SETTLEMENT   Case No. C06-5031 BZ

Buresh, Kaplan, Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488