JOHN E. HILL (Bar No. 45338)
DANIEL A. STENSON (Bar No. 83939)
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Fax: (510) 588-1087

Attorney for MACARIA PEREZ, et al., PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIA CALMO PEREZ, SANTOS M. CALMO, a minor, BONIFACIO E. CALMO, a minor, ELIZABETH M. CALMO, a minor, ALISANDRA V. CALMO, a minor, by and through their Guardian ad Litem JEFFREY MILES BRYANT,<br>    Plaintiffs,<br>vs.<br>JOHN McNAMEE, MORBARK INC., a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI and DOES 1 through 500,<br>    Defendants. | Case No. C06 5031 BZ<br><br>(PROPOSED) ORDER APPROVING COMPROMISE OF MINORS' CLAIM AS TO DEFENDANT MORBARK |

The Court having reviewed the Petition to Compromise Minors' Claim Against Defendant Morbark filed by the Guardian ad Litem, Jeffrey Miles Bryant, AND GOOD CAUSE APPEARING:

//

//

//

1

(PROPOSED) ORDER APPROVING
COMPROMISE OF MINORS' CLAIMS

THE COURT ORDERS:

1. That the Petition is granted and the proposed compromise of the claims of the minor plaintiffs, Santos M. Calmo, Bonifacio E. Calmo, Elizabeth M. Calmo and Alisandra V. Calmo , against defendant Morbark is approved.

2. That the allocation of the $85,000.00 to be recovered from defendant Morbark will be made in accordance with the provisions of the California Probate Code regarding intestate succession. In accordance with that allocation, $28, 333.32, one third of the amount recovered, is due and payable to Macaria Perez. The remaining $56,666.68, two thirds of the amount recovered, is due and payable in equal parts to the four minor plaintiffs, Santos M. Calmo, Bonifacio E. Calmo, Elizabeth M. Calmo and Alisandra V. Calmo, resulting in each minor plaintiff receiving $14,166.67 before any payment of attorneys fees or case costs.

3. That defendant Morbark is directed to make payment in furtherance of this Order by check in the amount of $85,000.00 made payable to "Law Offices of John E. Hill California State Bar Client Trust Account." After endorsement that check is to be deposited in the Law Offices of John E. Hill California State Bar Client Trust Account for collection and the settlement funds shall be distributed after deposit only as provided by this Order or by such further Orders as the Court may make in connection with this matter.

4. That the Law Offices of John Hill is to receive an award of attorneys fees in the amount of $3,541.66 for representation of the interests of each minor plaintiff, representing 25% of the amount recovered by each minor plaintiff from the settlement with defendant Morbark. The total amount of attorneys fees payable as a result of the settlement of the minor plaintiffs' claims against Morbark to the Law Offices of John Hill in connection with representation of the

interests of the minor plaintiffs is $14,166.64. The total amount of attorneys fees payable to the Law Offices of John Hill in connection with representation of the interests of Macaria Perez in connection with her settlement with defendant Morbark is $9,444.44. The Law Offices of John Hill is authorized to collect attorneys fees totaling $23,611.08 from the $85,000.00 to be paid by defendant Morbark after deposit of those funds in the Law Offices of John E. Hill California State Bar Client Trust Account.

6. That the balance from the settlement with Morbark due to each minor plaintiff after payment of attorneys fees, $10,625.01, shall be held in the Law Offices of John E. Hill California State Bar Client Trust Account pending further order of this Court. The Guardian ad Litem and plaintiffs' counsel are directed to submit a proposed plan for investment and/or distribution of all funds secured for the benefit of the minor plaintiffs to the Court within ~~thirty~~ 20 days of the date of this Order~~;~~ if possible.

7. That the balance due in connection with the settlement with defendant Morbark to Macaria Perez after payment of attorneys fees, $18,888.88, shall be distributed to Macaria Perez from the $85,000.00 to be paid by defendant Morbark after deposit of those funds in the Law Offices of John E. Hill California State Bar Client Trust Account.

8. That the Guardian ad Litem is authorized to complete all paperwork necessary to effect the compromise of the minors' claims against defendant Morbark, including execution of a full and final release of all claims on behalf of each minor plaintiff as to defendant Morbark.

//
//
//
//

3

IT IS SO ORDERED.

DATED: January 2, 2008

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



4

(PROPOSED) ORDER APPROVING
COMPROMISE OF MINORS' CLAIMS