LAWRENCE A. BAKER, ESQ. (#83197)
BURESH, KAPLAN, JANG & FELLER
2298 Durant Avenue
Berkeley, California 94704
Telephone: (510) 548-7474
Facsimile: (510) 548-7488

Attorneys for Defendants and Cross-
Claimants EDWIN DISSOSWAY and
NANCY PUZZIFERRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOHN McNAMEE, et al.,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS-CLAIM.<br>_____/ | Case No. C06-5031 BZ<br><br>**STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AS AGAINST DEFENDANTS EDWIN DISSOSWAY AND NANCY PUZZIFERRI'S**<br><br>REMOVAL FILED: 8/21/06<br>TRIAL DATE: 1/7/08 |

IT IS HEREBY STIPULATED, by and among the parties hereto, by and between their attorneys of record that the plaintiffs' complaint be dismissed with prejudice only as against defendants Edwin Dissosway and Nancy Puzziferri.

DATED: January 5, 2008

LAW OFFICES JOHN E. HILL

By: _____
　　JOHN E. HILL, ESQ.
　　Attorneys for Plaintiffs

////

////

////

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

BURESH, KAPLAN, JANG & FELLER

DATED: January 10, 2008    By: _____
LAWRENCE A. BAKER, ESQ.
Attorneys for Defendants and Cross-
Claimants Edwin Dissosway and Nancy
Puzziferri

IT IS HEREBY ORDERED that plaintiffs' complaint is dismissed with prejudice only against Edwin Dissosway and Nancy Puzzifferi.

Dated & Signed: January 10, 2008    _____
THE HONORABLE BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE FEDERAL
DISTRICT COURT



Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

2

STIPULATION & ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AS AGAINST DEFTS. DISSOSWAY AND PUZZIFERRI ONLY
Case No. C06-5031 BZ

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over eighteen (18) years of age and not a party to this action or proceeding; my business address is 2298 Durant Avenue, Berkeley, California 94704.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 10, 2008, I served a true copy of the following documents:

**STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AS AGAINST DEFENDANTS EDWIN DISSOSWAY AND NANCY PUZZIFERRI**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

John E. Hill, Esq.
Daniel A. Stenson, Esq.
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Attorneys for Plaintiffs
Telephone: (510) 588-1000
Fax: (510) 729-6333

Duane C. Musfelt, Esq.
John Walovich, Esq.
Alison Yew, Esq.
Lewis, Brisbois, Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Attorneys for Defendant Morbark, Inc.
Telephone: (415) 362-2580
Fax: (510) 434-0882

James Mills, Esq.
P.O. Box 2386
Alameda, CA 94501
Attorney for Defendant John McNamee
Telephone: (510) 521-8748
Fax: (510) 521-8749

Kevin G. Dougherty, Esq., Appearing Pro Hac Vice
Warner, Norcross & Judd LLP
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
Telephone: ((616) 752-2175
Fax: (616) 222-2175
Attorneys for Defendant Morbark, Inc.

Jeffrey S. Kramer, Esq.
Kramer, DeBoer, Endelicato & Keane
425 Market Street, Suite 2200
San Francisco, CA 94105
Personal Counsel for Edwin Dissosway
and Nancy Puzziferri
Fax: (415) 933-7850

    **(BY MAIL):** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

X   **(BY FACSIMILE):** By transmitting a facsimile copy of the same, to the number listed above.

    **(BY HAND-DELIVERY):** By arranging hand-delivery of a copy of the same to the

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

person(s) identified above.

**X**    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2008, at Berkeley, California.

*/s/ Monica B. Peña*
Monica B. Peña

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488