```
 1  DUANE C. MUSFELT, SBN 72058
    JOHN P. WALOVICH, CA SBN 88271
 2  LEWIS BRISBOIS BISGAARD & SMITH LLP
    One Sansome Street, Suite 1400
 3  San Francisco, California 94104
    Telephone:  (415) 362-2580
 4  Facsimile:  (415) 434-0882

 5  KEVIN G. DOUGHERTY, Appearing Pro Hac Vice
    WARNER NORCROSS & JUDD LLP
 6  111 Lyon Street NW, Suite 900
    Grand Rapids, MI  49503
 7  Telephone:  (616) 752-2175
    Facsimile:  (616) 222-2175
 8
    Attorneys for Defendant
 9  MORBARK, INC.

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  MACARIA CALMO PEREZ, et al.,        ) CASE NO. C06-5031 BZ
                                        )
15              Plaintiffs,             ) Magistrate Judge Bernard Zimmerman
                                        )
16       v.                             ) DEFENDANT MORBARK, INC.'S
                                        ) REQUEST TO APPEAR
17  JOHN McNAMEE, et al.,                ) TELEPHONICALLY AT FURTHER
                                        ) STATUS CONFERENCE
18                                      )
                Defendants.             )
19  _____ ) Status Conference:  March 10, 2008
                                        ) Time:               4:00 p.m.
20  AND RELATED ACTIONS                 )
                                        )
21  _____ )

22  TO THE HONORABLE COURT:

23       Defendant MORBARK, INC. hereby requests that John Walovich of LEWIS BRISBOIS

24  BISGAARD & SMITH LLP, be permitted to attend the Further Status Conference telephonically,

25  which is scheduled for March 10, 2008 at 4:00 p.m. Defendant MORBARK, INC., has settled with

26  the plaintiffs and have already provided the settlement funds to plaintiffs. Defendant MORBARK,

27  ///

28  ///
```

4841-6406-8098.1

REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

1  INC., provided the Proposed Order and Dismissal to the plaintiffs, but plaintiffs have not returned
2  these documents to MORBARK, INC.

4  Dated: March 7, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        /S/
                                   By: _____
                                        DUANE C. MUSFELT
                                        JOHN WALOVICH
                                        Attorneys for Defendant
                                        MORBARK, INC.

## ORDER

Good cause being shown, IT IS HEREBY ORDERED, that John Walovich, counsel for defendant MORBARK, INC., be permitted to appear by telephone at the Further Status Conference, scheduled for March 10, 2008 at 4:00 p.m.

Dated: 10 March 08                   _____
                                     Judge of the U.S. District Court