JOHN E. HILL (Bar No. 45338)
DANIEL A. STENSON (Bar No. 83939)
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Fax: (510) 588-1087

Attorney for MACARIA PEREZ, et al., PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIA CALMO PEREZ, SANTOS M. CALMO, a minor, BONIFACIO E. CALMO, a minor, ELIZABETH M. CALMO, a minor, ALISANDRA V. CALMO, a minor, by and through their Guardian ad Litem JEFFREY MILES BRYANT,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN McNAMEE, MORBARK INC., a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI and DOES 1 through 500,<br><br>Defendants. | Case No. C06 5031 BZ<br><br>[PROPOSED] ORDER RE PLAN FOR DISTRIBUTION OF MINOR'S FUNDS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED

That pursuant to the Declaration of John E. Hill Re Plan for Distribution of Minor's Funds, plaintiffs' attorney John E. Hill is hereby authorized to withdraw $4,000.00 from his firm's State Bar Client Trust Account for the sole purpose of retaining the services of Mark A. Munteand, Esq., of Jeffer, Mangels, Butler & Marmaro LLP, 2 Embarcadero Center, 5th Floor, San Francisco, California 94111, to provide necessary tax advice and set up a Trust for the

1

DECLARATION OF JOHN HILL RE PLAN FOR DISTRIBUTION OF MINOR'S FUNDS

Minors herein. Payment would be in the amount of $1,000.00 each for each of the four minor plaintiffs.

IT IS SO ORDERED

Dated: April 14, 2008     By: _____
HON. BERNARD ZIMMERMAN
MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

DECLARATION OF JOHN HILL RE PLAN
FOR DISTRIBUTION OF MINOR'S FUNDS