1  DUANE C. MUSFELT, CA SBN 72058
   JOHN P. WALOVICH, CA SBN 88271
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:    (415) 362-2580
4  Facsimile:    (415) 434-0882

5  Kevin G. Dougherty, Appearing Pro Hac Vice
   WARNER NORCROSS & JUDD LLP
6  111 Lyon Street NW, Suite 900
   Grand Rapids, MI 49503
7  Telephone:    (616) 752-2175
   Facsimile:    (616) 222-2175

8
   Attorneys for Defendant
9  MORBARK, INC.

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14  MACARIA CALMO PEREZ; and SANTOS M. )   CASE NO. C06-5031 BZ
    CALMO, a minor; BONIFACIO E. CALMO, a )
15  minor; ELIZABETH M. CALMO, a minor;    )   STIPULATION AND ORDER FOR
    ALISANDRA V. CALMO, a minor; by and    )   DISMISSAL WITH PREJUDICE
16  through their Guardian ad Litem JEFFREY )
    MILES BRYANT,                          )
17                                         )   Judge: Hon. Bernard Zimmerman
              Plaintiffs,                  )
18                                         )
                                           )
19       v.                                )
                                           )
20  JOHN MCNAMEE; MORBARK, INC., a         )
    Corporation; EDWIN DISSOSWAY; NANCY    )
21  PUZZIFERRI and DOES 1 through 500,     )
                                           )
22            Defendants.                  )
    _____    )

23       IT IS HEREBY STIPULATED AND AGREED by and between John E. Hill and

24  Daniel A. Stenson of the Law Offices of John E. Hill, attorneys for Plaintiffs and Kevin G.

25  Dougherty of the Law Firm of Warner Norcross and Judd LLP and Duane C. Musfelt and John P.

26  Walovich of the Law Firm of Lewis Brisbois Bisgaard & Smith LLP attorneys for Defendant

27  ///

28  ///

4832-4753-9458.1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1   Morbark, Inc., that: all claims of all plaintiffs against Defendant Morbark, Inc., can be dismissed

2   with prejudice, which each party to bear their own costs and attorneys' fees in connection with this

3   dismissal.

4   Dated: April 14, 2008                         LAW OFFICES OF JOHN E. HILL

5

6

7                                                 By: _____

8                                                      John E. Hill
                                                       Daniel A. Stenson
9                                                      Attorneys for Plaintiffs

10

11  Dated: April 14, 2008                         LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13                                                By: _____

14                                                     Duane C. Musfelt
                                                       John P. Walovich
15                                                     Attorneys for Defendant
                                                       MORBARK, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1      The Court having considered the Stipulation between counsel for Plaintiffs and counsel for

2  Defendant Morbark, Inc. for an Order dismissing this action with prejudice, as to Defendant

3  Morbark, Inc. and GOOD CAUSE APPEARING:

4      IT IS **HEREBY ORDERED**, that the above-entitled action shall be dismissed with

5  prejudice as to Defendant Morbark, Inc. with each party to bear their own costs and attorneys fees.

6  Dated: _____April 16_____, 2008

7    The court retains jurisdiction over issues dealing with the minor's compromise.



By: _____
    The Hon. Bernard Zimmerman
    United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4832-4753-9458.1

-3-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE