UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIA PEREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MCNAMEE, et al.,<br><br>    Defendants. | No. C06-5031 BZ<br><br>**ORDER FOR PLAINTIFFS TO FILE PLAN FOR DISTRIBUTION OF MINORS' FUNDS** |

Plaintiffs requested a 30 day extension in which to submit a plan for distribution of the minors' settlement funds. **IT IS HEREBY ORDERED** that by no later than **May 14, 2008**, plaintiffs shall submit the proposal for distribution.

Dated: April 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PEREZ\ORDER RE PLAN FOR DISTRIBUTION OF FUNDS.wpd

1