UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIA PEREZ, et al., | |
| Plaintiffs, | No. C06-5031 BZ |
| v. | **ORDER OF CONTINUANCE** |
| JOHN MCNAMEE, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the date by which plaintiffs are to submit a proposal for distribution of the minors' settlement funds is continued to **June 16, 2008.**

Dated: May 15, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PEREZ\ORDER OF CONTINUANCE.wpd

1