1  JOHN E. HILL ( NO. 45338)
   DANIEL A. STENSON (NO. 083939)
2  LAW OFFICES OF JOHN E. HILL
   A PROFESSIONAL CORPORATION
3  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
4  Telephone: 510-588-1000
   Facsimile: 510-729-6333
5
   Attorneys for Plaintiffs
6  MACARIA CALMO PEREZ; and SANTOS M.
   CALMO, BONIFACIO E. CALMO,
7  ELIZABETH M. CALMO and ALISANDRA
   V. CALMO, by and through their
8  Guardian ad Litem, JEFFREY MILES BRYANT

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  MACARIA CALMO PEREZ; and            )   Case No.  C06-5031 BZ
    SANTOS M. CALMO, a minor;           )
15  BONIFACIO E. CALMO, a minor;        )   DECLARATION OF JOHN E. HILL RE
16  ELIZABETH M. CALMO, a minor;        )   STATUS OF MINORS' TRUST
    ALISANDRA V. CALMO, a minor;        )
17  by and through their Guardian ad Litem, )
    JEFFREY MILES BRYANT                )
18                                      )
                     Plaintiffs,,       )
19  vs.                                 )
    JOHN McNAMEE;                       )
20  MORBARK, INC, a corporation;        )
    EDWIN DISSOSWAY;                    )
21  NANCY PUZZIFERRI;                   )
     and DOES 1 through 500,            )
22                                      )
                     Defendants.        )
23

24       1.    I am an attorney at law admitted to practice before all the Courts of the State of

25  California and all federal courts in California. I am employed by the Law Offices of John E. Hill,

26  A Professional Corporation, with offices located at 8105 Edgewater Drive, Suite 100, Oakland,

27

28  1
                                                    DECLARATION OF JOHN E. HILL
                                                    RE STATUS OF MINORS' TRUST

California 94621. If called as a witness I could competently testify to the matters set out in this Declaration.

2. I have been in regular contact with Mark Muntean, the attorney who is preparing the trust documents, and Paul Lesti the broker who is obtaining the annuities. Numerous complications have presented themselves, but we believe we resolved the last hurdle just yesterday. Unfortunately, I recently learned that I will be required to undergo surgery this Monday, June 16, 2008, so that will delay matters just a few days. It is respectfully requested that the compliance required for June 16, 2008 be continued. Based on my conversations with Mr. Muntean and Mr. Lesti, I believe that the documents requiring court approval with respect to the minors will be submitted by June 30, 2008.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and that this declaration was executed in the City of Oakland, State of California.

LAW OFFICES OF JOHN E. HILL

Dated: June 13, 2008

JOHN E. HILL
ATTORNEY FOR PLAINTIFFS



IT IS SO ORDERED
Judge Bernard Zimmerman

DATED: 6/16/2008

2

DECLARATION OF JOHN E. HILL
RE STATUS OF MINORS' TRUST