JOHN E. HILL (Bar No. 45338)
DANIEL A. STENSON (Bar No. 83939)
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Fax: (510) 588-1087

Attorney for MACARIA PEREZ, et al., PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIA CALMO PEREZ, SANTOS M. CALMO, a minor, BONIFACIO E. CALMO, a minor, ELIZABETH M. CALMO, a minor, ALISANDRA V. CALMO, a minor, by and through their Guardian ad Litem JEFFREY MILES BRYANT,<br><br>          Plaintiffs,<br><br>vs.<br><br>JOHN McNAMEE, MORBARK INC., a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI and DOES 1 through 500,<br><br>          Defendants. | Case No. C06 5031 BZ<br><br>~~PROPOSED~~ ORDER |

Upon review of the Declaration of John E. Hill filed June 30, 2008

IT IS HEREBY ORDERED that

1. The Law Offices of John E. Hill is authorized to deduct $500.00 from the balance of each of the minors' monies held in trust ($41,164.49 - $500.00 = $40,664.49) for payment to Mark Muntean.

2. Upon certification by Jose Castenon, the Mam interpreter, that he has read the declaration at Exhibit A attached and that declarant Macaria Calmo Perez has acknowledged the

1

PROPOSED ORDER

truthfulness of the declaration, the Law Offices of John E. Hill is authorized to wire the $400.00 monthly checks to Macaria Calmo Perez.

    3. The proposed trust regarding the structured settlements and declaration of Jose Castenon shall be filed with the Court no later that July 14, 2008.

IT IS SO ORDERED

Dated:   June 1, 2008

By: _____
HON. BERNARD ZIMMERMAN
MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED, Judge Bernard Zimmerman")*