1  JOHN E. HILL ( NO. 45338)
   DANIEL A. STENSON (NO. 083939)
2  LAW OFFICES OF JOHN E. HILL
   A PROFESSIONAL CORPORATION
3  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
4  Telephone: 510-588-1000
   Facsimile: 510-729-6333
5
   Attorneys for Plaintiffs
6  MACARIA CALMO PEREZ; and SANTOS M.
   CALMO, BONIFACIO E. CALMO,
7  ELIZABETH M. CALMO and ALISANDRA
   V. CALMO, by and through their
8  Guardian ad Litem, JEFFREY MILES BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ; and SANTOS M. CALMO, a minor; BONIFACIO E. CALMO, a minor; ELIZABETH M. CALMO, a minor; ALISANDRA V. CALMO, a minor; by and through their Guardian ad Litem, JEFFREY MILES BRYANT<br><br>Plaintiffs,,<br><br>vs.<br><br>JOHN McNAMEE; MORBARK, INC, a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI; and DOES 1 through 500,<br><br>Defendants. | Case No. C06-5031 BZ<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL TO PARTICIPATE IN TELEPHONE CONFERENCE RE PETITION TO APPROVE THE ESTABLISHMENT OF THE PEREZ-CALMO QUALIFIED SETTLEMENT FUND AND PROPOSED ORDER<br><br>Before the Honorable Bernard Zimmerman<br><br>Date of Conference: July 16, 2008<br>Time:  10:00am<br>Courtroom:  G 15th Floor |

PLEASE TAKE NOTICE that attorney John E. Hill is currently in Philadelphia, Pennsylvania attending the American Association for Justice annual convention. Mr. Hill is

---

1

NOTICE OF UNAVAILABILITY OF COUNSEL TO PARTICIPATE IN TELEPHONE CONFERENCE RE PETITION TO APPROVE THE ESTABLISHMENT OF THE PEREZ-CALMO QUALIFIED SETTLEMENT FUND

scheduled to return on July 17, 2008. Therefore, it is respectfully requested that the hearing on the above-mentioned petition be continued to July 23, 2008.

LAW OFFICES OF JOHN E. HILL

Dated:

By DANIEL A. STENSON

## PROPOSED ORDER

GOOD CAUSE APPEARING it is hereby ordered that the hearing in the abo-entitled matter be continued to July 24, 2008 at 4 pm. Counsel for the plaintiff is directed to follow the telephone conference procedures as mentioned in the Court's previous notice.

SO ORDERED

Dated: 15 July 08

MAGISTRATE JUDGE
BERNARD ZIMMERMAN

---

2
NOTICE OF UNAVAILABILITY OF COUNSEL TO PARTICIPATE IN TELEPHONE CONFERENCE RE PETITION TO APPROVE THE ESTABLISHMENT OF THE PEREZ-CALMO QUALIFIED SETTLEMENT FUND