Case 3:06-cv-05031-BZ   Document 200   Filed 07/10/2008   Page 1 of 3

JOHN E. HILL ( NO. 45338)
DANIEL A. STENSON (NO. 083939)
LAW OFFICES OF JOHN E. HILL,
A PROFESSIONAL CORPORATION
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: 510-588-1000
Facsimile: 510-729-6333

Attorneys for Plaintiffs
MACARIA CALMO PEREZ; and SANTOS M.
CALMO, BONIFACIO E. CALMO,
ELIZABETH M. CALMO and ALISANDRA
V. CALMO, by and through their
Guardian ad Litem, JEFFREY MILES BRYANT

FILED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ; and SANTOS M. CALMO, a minor; BONIFACIO E. CALMO, a minor; ELIZABETH M. CALMO, a minor; ALISANDRA V. CALMO, a minor; by and through their Guardian ad Litem, JEFFREY MILES BRYANT<br><br>Plaintiffs,,<br><br>vs.<br><br>JOHN McNAMEE; MORBARK, INC, a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI; and DOES 1 through 500,<br><br>Defendants. | Case No. C06-5031 BZ<br><br>ORDER APPROVING THE PETITION TO APPROVE THE ESTABLISHMENT OF THE PEREZ-CALMO QUALIFIED SETTLEMENT FUND<br><br>Before the Honorable Bernard Zimmerman |

IT IS HEREBY ORDERED, that the Petition of MACARIA CALMO PEREZ, SANTOS M. CALMO, BONIFACIO E. CALMO, ELIZABETH M. CALMO and

---

1

ORDER APPROVING THE PETITION TO APPROVE
THE ESTABLISHMENT OF THE
PEREZ-CALMO QUALIFIED SETTLEMENT FUND

ALISANDRA V. CALMO ("Plaintiffs"), hereby states, finds, orders, adjudges, and decrees as follows:

1. The Court approves the establishment of the Perez-Calmo Qualified Settlement Fund. The Declaration of the Perez-Calmo Qualified Settlement Fund shall be carried out forthwith, and the Perez-Calmo Qualified Settlement Fund (the "Trust") shall be a qualified settlement fund governed by the provisions of the regulations at 26 C.F.R. Section 1.468B-1, and Section 468B of the Internal Revenue Code. 26 U.S.C. Section 468B. The Court has continuing jurisdiction over the Trust and over its Trustee.

2. The individual Plaintiffs have previously agreed in principle to resolve the apportionment of the settlement to their individual claims.

3. The Trust anticipates that it will receive the proceeds paid from the settlement with Respondents Morbark, Inc., a corporation and Edwin Dissoway.

4. The Court hereby finds that the terms of the Trust pertain only to (a) the Trustee of the Trust; (b) the Plaintiffs; (c) their attorneys; and (d) that the resolution of terms between the individual Plaintiffs and the Trust will not be pertinent to any other party.

5. The Respondents shall have no right to a refund, reversion or any other beneficial interest in the income or corpus of the Trust, nor shall the Respondents place any restrictions on the Trust's ability to use or dispose of the property.

6. The Court hereby approves the establishment and appointment of Jeffrey Miles Bryant as the initial Trustee of the Trust, as specified in the Trust.

7. The Court finds that the Trust (a) is established pursuant to a Court's Order and is subject to the continuing jurisdiction of that authority; (b) is established to resolve or satisfy one or more contested or uncontested claims that have resulted between the Plaintiffs; and (c) is a trust under California law.

8. The Trustee shall insure that all monies received by the Trust from the prior settlement paid by the Respondents Morbark, Inc., a corporation and Edwin Dissoway, in the above-captioned action, are deposited directly into the Trust, without first taking actual receipt, or otherwise taking constructive receipt.

SO ORDERED, this 21 day of July 2008.

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*A corrected copy of Ex 3 is attached*

---

3

ORDER APPROVING THE PETITION TO APPROVE
THE ESTABLISHMENT OF THE
PEREZ-CALMO QUALIFIED SETTLEMENT FUND