1  JOHN E. HILL, State Bar Number 45338
   LAW OFFICES OF JOHN E. HILL
2  A Professional Corporation
   8105 Edgewater Drive, Suite #100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Fax: (510) 588-1087

5  Attorney for MARCARIA PEREZ, et al., PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MACARIA CALMO PEREZ, S.M.C., a minor, B.E.C., a minor, E.M.C., a minor, A.V. C., a minor, by and through their Guardian ad Litem JEFFREY MILES BRYANT,<br>Plaintiffs,<br>vs.<br>JOHN McNAMEE, MORBARK INC., a corporation; EDWIN DISSOSWAY; NANCY PUZZIFERRI and DOES 1 through 500,<br>Defendants. | Case No. C06 5031 EDL<br><br>~~(PROPOSED)~~ ORDER TO SEAL FURTHER DECLARATION OF JOHN E. HILL IN RE DISPOSITION OF MINORS' FUNDS AND PROPOSED ORDER<br><br>Before the Honorable<br>Magistrate Judge Bernard Zimmerman<br>Courtroom G 15th Floor |

Pursuant to the Application of John E. Hill for an order to file under seal the Declaration of JOHN E. HILL RE DISPOSITION OF MINORS' FUNDS and (PROPOSED) ORDER REGARDING DISTRIBUTION OF FUNDS DUE TO MINOR PLAINTIFFS AFTER ORDERS APPROVING COMPROMISE OF MINORS' CLAIMS , and good cause appearing therefore,

IT IS HEREBY ORDERED the application is granted.

---

1
(PROPOSED) ORDER TO SEAL FURTHER DECLARATION
OF JOHN E. HILL IN RE DISPOSITION OF
MINORS' FUNDS AND PROPOSED ORDER

IT IS FURTHER ORDERED that the following documents to be submitted under seal to the Court:

    a.    Further Declaration of John E. Hill Re Plan for Distribution of Minor's Funds With Exhibits; and,

    b.    (Proposed) Order Regarding Distribution of Funds Due to Minor Plaintiff's After Orders Approving Compromise of Minors' Claims.

The above documents are to be submitted under seal to the Court. Plaintiffs are to file a redacted copy of the FURTHER DECLARATION OF JOHN E. HILL RE PLAN FOR DISTRIBUTION OF MINOR'S FUNDS WITH EXHIBITS; and, (PROPOSED) ORDER REGARDING DISTRIBUTION OF FUNDS DUE TO MINOR PLAINTIFF'S AFTER ORDERS APPROVING COMPROMISE OF MINORS' CLAIMS electronically.

SO ORDERED

Dated:    July 2, 2010

By _____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE