**JOHN E. HILL (Bar No. 45338)**
**MICHAEL P. GUTA (Bar No. 121509)**
**LAW OFFICES OF JOHN E. HILL**
**8105 Edgewater Drive, Suite 100**
**Oakland, CA 94621**
**Telephone: (510) 588-1000**
**Facsimile: (510) 729-6333**

**Attorneys for Plaintiffs**
**Macario Calmo Perez, et al.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MACARIO CALMO PEREZ, et al.**<br>**Plaintiffs,**<br>**v.**<br>**JOHN MCNAMEE, et al.,**<br>**Defendant (s).**<br><br>**EDWIN DISSOSWAY and NANCY PUZZIFERRI,**<br>**Cross-Complainants,**<br>**v.**<br>**MORBARK, INC. a corporation, JOHN MCNAMEE, individually and dba A&M TREE SERVICE,**<br>**Cross- Defendant(s).** | **Case No. C06-5031 BZ**<br><br>**~~PROPOSED~~ ORDER TO SEAL ~~MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT and DECLARATION OF JOHN E. HILL IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT~~**<br><br>**Before the Honorable Magistrate Judge Bernard Zimmerman**<br>**Courtroom G 15th Floor** |

Pursuant to the Application of John E. Hill for an order to file under seal the Memorandum of Points and Authorities in Support of Motion to Enforce Settlement and Declaration of John E. Hill in Support of Motion to Enforce Settlement, and good cause appearing therefore:

IT IS HEREBY ORDERED that the application is granted.

IT IS FURTHER ORDERED that the following documents to be submitted under seal to the Court:

a. Memorandum of Points and Authorities in Support of Motion to Enforce Settlement and

b. Declaration of John E. Hill in Support of Motion to Enforce Settlement.

The above documents are to be submitted under seal to the Court. Plaintiffs are to file a redacted copy of the aforementioned documents electronically with the Court.

SO ORDERED

Dated: 14 Dec '10

By: [signature]
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE